UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI (ST. LOUIS)

| | |
|---|---|
| MATTHEW ANDERSON<br><br>　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>REVOLVE CONSTRUCTION LLC<br><br>　　　　　　　　　Defendant. | Docket No. 4:21-cv-00340-HEA |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Matthew Anderson ("Plaintiff"), via undersigned counsel, respectfully submits his response to the Court's Order to Show Cause, dated August 27, 2021 [Dkt. No. 4], and respectfully submits as follows:

1.　Plaintiff respectfully submits that the complaint was timely served on April 17, 2021, within one month of the date that the complaint was filed. [Dkt. No. 5]  Accordingly, Plaintiff is in compliance with Fed.R.Civ.P. 4(m).

2.　Plaintiff intends to prosecute this case and, on September 9, 2021, filed a motion for entry of Clerk's default. [Dkt. No. 6]  Plaintiff intends to move the Court for entry of default judgment within thirty (30) days after the Clerk has entered a default.

Dated: September 10, 2021
Valley Stream, NY

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　LIEBOWITZ LAW FIRM, PLLC

　　　　　　　　　　　　　　　　　　　　　**s/richardliebowitz/**
　　　　　　　　　　　　　　　　　　　　　Richard Liebowitz, Esq.

                                                11 Sunrise Plaza, Ste. 305
                                                Valley Stream, NY 11580
                                                (516) 233-1660
                                                RL@LiebowitzLawFirm.com

*Counsel for Plaintiff*