UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW ANDERSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 4:21CV340 HEA |
| REVOLVE CONSTRUCTION LLC, | ) |
| Defendant. | ) |

**DEFAULT JUDGMENT**

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure; and the declaration of plaintiff's counsel Richard Liebowitz and exhibits attached thereto, the declaration of Plaintiff Matthew Anderson and exhibits attached thereto, the Statement of Damages and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Revolve Construction LLC ("Defendant");

2. Defendant is to pay $2,885.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

3. Defendant is to pay $440.00 in costs pursuant to Fed.R.Civ.P. 54(d);

4. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. the Court retain jurisdiction over any matter pertaining to this judgment;

6. this case is dismissed and the Clerk of the Court shall remove it from the Court docket.

Dated this 30th Day of September, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE